CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA - FILED

OCT 16 2009

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHAUNCEY A. WILLIAMS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:09cv00222 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| L.W. HUFFMAN, et. al., | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that plaintiff's motion to amend is hereby **GRANTED**; this action shall be and hereby is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's motion to proceed *in forma pauperis* is hereby **DENIED as MOOT**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER:** This October 16, 2009.

_____
UNITED STATES DISTRICT JUDGE